# UNITED STATES DISTRICT COURT
for the
District of Utah

FILED
2025 MAR 3 PM 4:49
CLERK
U.S. DISTRICT COURT

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 4:25-mj-00024-PK
THE PERSON OF TRAVENO YELLOW )
VIA BUCCAL SWAB )
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A

located in the _____ District of Utah, there is now concealed *(identify the person or describe the property to be seized)*:

See ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2241(a) | Aggravated Sexual Abuse |
| 18 U.S.C. § 1153 | Offenses Committed Within Indian Country |

The application is based on these facts:
See Affidvit of FBI SA Jerrod Girod

☑ Continued on the attached sheet.
☐ Delayed notice of \_\_\_\_\_ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Jarrod Girod
*Applicant's signature*

JARROD GIROD, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03 MARCH 2025

*Judge's signature*

City and state: ST. GEORGE, UTAH

PAUL KOHLER, U.S. Magistrate Judge
*Printed name and title*

FELICE JOHN VITI, Acting United States Attorney (#7007)
BRADY WILSON, Assistant United States Attorney (#17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah  84770
Telephone: (435) 634-4266
brady.wilson@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PERSON OF TRAVENO YELLOW VIA BUCCAL SWAB | Case No. 4:25-mj-00024-PK<br><br>AFFIDAVIT IN SUPPORT OF APPLICATION FOR A SEARCH WARRANT |

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR A SEARCH WARRANT**

I, JARROD GIROD, Special Agent, Federal Bureau of Investigation, being duly sworn, states:

### I. AFFIANT BACKGROUND AND QUALIFICATIONS

I am a Special Agent (SA) for the Federal Bureau of Investigation (FBI) assigned to the Salt Lake City Division, Monticello Resident Agency. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7). I have been employed as a Special Agent for the FBI since 2016, and in that capacity am currently assigned to investigate violations of Federal

criminal laws, particularly on the Navajo and Ute Indian Reservations. As a Special Agent with the FBI, I have participated in or received training related to the investigation of violent crimes, fugitive investigations, and other criminal matters. I have conducted many search warrants and led multiple investigations related to crimes of violence. As a Federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

## II.  PURPOSE OF AFFIDAVIT

The purpose of this affidavit is to support an application for a search warrant for search of the location described in Attachment A for the item described in Attachment B.

As a result of my participation in this investigation and reports made to me by witnesses and concerned parties, I am familiar with the circumstances of the offenses described in this Affidavit. On the basis of this familiarity, I respectfully submit that there is probable cause to believe that a violation of 18 U.S.C.§§ 2241(a) and 1153 (the "TARGET OFFENSES") has been committed by YELLOW against an individual identified herein as "PERSON 1."

Because this Affidavit is being submitted for the purpose of securing a search warrant, I have not included every fact known to me. I have set forth only those facts that I believe are necessary and adequate to establish probable cause for the requested search warrant.

///

///

## III. PROBABLE CAUSE

On March 27, 2024, at approximately 5:20 P.M., Bureau of Indian Affairs (BIA) Police were called to Traveno YELLOW's residence by PERSON 2, who reported that her sister, PERSON 3, was hit in the head by Traveno. Traveno is the son of PERSON 3. PERSON 2 advised that PERSON 3 was transported to Blue Mountain Hospital. BIA Police made contact with PERSON 3 at Blue Mountain Hospital. PERSON 3 refused to cooperate with BIA Police and denied any assault took place. BIA Police gave PERSON 3 a courtesy ride back to her residence in White Mesa, Utah. Once at PERSON 3's residence, PERSON 3 went inside her residence and the BIA Officer overheard PERSON 3 talking to a male inside the residence. PERSON 3 denied anyone being in the residence, but the BIA officer was invited into the residence by PERSON 3 to check.

Once in the residence, BIA Police observed YELLOW walk out of a bedroom while putting on a pair of pants. YELLOW was not wearing a shirt. BIA Police placed YELLOW into custody. As YELLOW was putting on his shoes, PERSON 3 went into YELLOW's bedroom and then came back into the main room. PERSON 3 stated to YELLOW, "that is disgusting, you two are cousins." BIA Police observed PERSON 1 in YELLOW's bedroom. PERSON 3 told BIA Police that she did not want PERSON 1 in her house any longer. PERSON 2 advised BIA Police that she would take responsibility for PERSON 1. PERSON 1 is PERSON 2's daughter. PERSON 1 then left PERSON 3's residence with PERSON 2. BIA Police transported YELLOW to the detention center in Towoac, Colorado.

A White Mesa Victim Advocate contacted BIA Dispatch at approximately 10:45 P.M. that same evening to report that PERSON 1 was currently at Blue Mountain Hospital and that PERSON 1 had reported she was sexually assaulted by YELLOW. PERSON 1 underwent a sexual assault exam by a nurse at Blue Mountain Hospital.

PERSON 1 was interviewed by BIA Police at Blue Mountain Hospital and advised that YELLOW had given her a bunch of shots of vodka prior to the assault. PERSON 1 went to sleep in YELLOW's bed alone and woke up to YELLOW on top of her. YELLOW was penetrating PERSON 1's vagina with his penis. PERSON 1 told YELLOW to stop, at which point YELLOW strangled PERSON 1 until PERSON 1 passed out. PERSON 1 believed that YELLOW continued to rape her after she was unconscious. PERSON 1 told BIA Police that YELLOW stopped assaulting PERSON 1 when PERSON 3 walked into the residence followed shortly by BIA Police.

The sexual assault exam kit was sent to the FBI Laboratory for examination on June 3, 2024. Due to a backlog at the FBI Laboratory, it was requested that the ~~SANE~~ sexual assault exam kit be sent to the Utah State Crime Lab. The Utah State Crime Lab provided a report on the testing of the ~~SANE~~ sexual assault exam kit on February 27, 2025. The Utah Crime Lab found unknown male DNA on the pubis to anus swab. The DNA was in a quantity that would need to be examined using Y chromosome short tandem repeat (Y-STR) testing. Y-STR testing requires a comparison sample from a suspected contributor. Based on the information contained herein, I believe there is probable cause that the suspect for the unknown male DNA on the pubis to anus swab is YELLOW.

## IV. CONCLUSION

Based on the foregoing, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. §§ 2241(a) and 1153 have occurred and that the item described in Attachment B constitutes evidence of these violations and will be found via search as described in Attachment A.

RESPECTFULLY SUBMITTED this 3rd day of March, 2025.

                                           __*/s/ Jarrod Girod*_____
                                           JARROD GIROD, Special Agent
                                           Federal Bureau of Investigation

SUBSCRIBED and SWORN to before me this __03__ day of March, 2025.

                                           _____
                                           JUDGE PAUL KOHLER
                                           United States Magistrate Judge

## ATTACHMENT A

## LOCATION TO BE SEARCHED

The location to be searched is located, described, and depicted as follows:

The person of TRAVENO YELLOW, date of birth April 4, 2004.

## ATTACHMENT B
## ITEMS TO BE SEIZED AND SEARCHED

This warrant authorizes the seizure of the items, fruits, instrumentalities or evidence listed below for evidence of violations of 18 U.S.C. §2241(2) and 1153. This warrant further authorizes the use of restraints by law enforcement, if necessary, to seize the item(s) listed below:

> DNA from TRAVENO YELLOW utilizing buccal swabs. The buccal swabs will be used to collect DNA from the saliva in the mouth of TRAVENO YELLOW.